UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| Marc Fiedler, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08-cv-236 |
| | ) | |
| Ocean Properties, Ltd. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff's attorney submits this status report:

First, Attorney Pratt reported that Defendant had carefully reviewed Plaintiff's proposed, comprehensive, nine-page Settlement Agreement and that Defendant appeared to have only one major issue with the proposed Agreement. He further reported that Defendant needs to conduct further research concerning the measures required for it to promptly comply with one of the major ADA wheelchair-accessibility requirements in Plaintiff's proposed Agreement.

Second, Mr. Pratt further reported that his work on settlement was delayed by his unexpected illness on Monday that was severe but fortunately resolved by Wednesday. Settlement efforts were further delayed by Mr. Webbert's trip out of state on Thursday and Friday to attend two memorial services in the Washington, D.C area.

Third, today Mr. Pratt entered his appearance as counsel for Defendant. In addition, Mr. Webbert and Mr. Pratt plan to confer on Monday morning to discuss settlement and case planning.

Fourth, in light of the continuing progress being made towards completing a comprehensive settlement agreement, Plaintiff requests that the Court schedule a status conference with counsel next week to discuss the status of a possible settlement and case planning, including the need to amend the current deadlines for discovery and dispositive motions.

Date: November 5, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ David G. Webbert
　　　　　　　　　　　　　　　　　　　　David G. Webbert, Esq.
　　　　　　　　　　　　　　　　　　　　JOHNSON & WEBBERT, L.L.P.
　　　　　　　　　　　　　　　　　　　　160 Capitol Street, Suite 3
　　　　　　　　　　　　　　　　　　　　P.O. Box 79
　　　　　　　　　　　　　　　　　　　　Augusta, ME 04332-0079
　　　　　　　　　　　　　　　　　　　　Tel: (207) 623-5110
　　　　　　　　　　　　　　　　　　　　dwebbert@johnsonwebbert.com

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Plaintiff's Status Report was filed with the Clerk of Court today using the CM/ECF system which will send notification of such filing to the following:

　　　　　　　Neal F. Pratt
　　　　　　　Preti, Flaherty, Beliveau & Pachios, L.L.P.
　　　　　　　One City Center
　　　　　　　P.O. Box 9546
　　　　　　　Portland, ME 04112-9546
　　　　　　　npratt@preti.com


　　　　　　　/s/ David G. Webbert
　　　　　　　David G. Webbert