UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARC FIEDLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   Civil no. 1:08-CV-00236-JAW |
| | ) |
| OCEAN PROPERTIES, LTD., | ) |
| | ) |
| Defendant. | ) |

JUDGMENT OF DISMISSAL

Pursuant to the Order entered by the Court on June 28, 2011, JUDGMENT of dismissal with prejudice is hereby entered.

CHRISTA K. BERRY, CLERK

/s/Julie G. Walentine
Deputy Clerk

Dated this 28th day of June, 2011.